No. 169. COLUMBUS McKINNON CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Robert M. Hitchcock* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 177. FABIAN ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Seymour L. Smith* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 178. MITCHELL FOODS, INC., ET AL. *v.* RICH PRODUCTS CORP. C. A. 2d Cir. Certiorari denied. *Malcolm K. Buckley* for petitioners. *Ralph L. Chappell* for respondent.

No. 182. BRUNI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Joseph I. Bulger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 184. HURLEY ET AL. *v.* BEECH AIRCRAFT CORP. C. A. 7th Cir. Certiorari denied. *James J. Stewart* for petitioners. *Erle A. Kightlinger* for respondent.

No. 185. BEDFORD-NUGENT CORP. *v.* CHAUFFEURS, TEAMSTERS & HELPERS, LOCAL UNION No. 215. C. A. 7th Cir. Certiorari denied. *Wells T. Lovett* for petitioner. *Edward J. Fillenwarth* for respondent.

No. 186. DESTEFANO *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Julius Lucius Echeles* for petitioner.